JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff,<br><br>v.<br><br>MARIA VIRAMONTES,<br><br>        Defendant. | CASE NO. 2:20-cv-08380-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment, **IT IS ADJUDGED** that Defendant Maria Viramontes is: (1) liable for a single statutory damages award of $4,000; and (2) enjoined to provide a wheelchair accessible parking space and access aisle in compliance with the ADA Accessibility Guidelines at the property located at 1948 East Florence Ave., Los Angeles, California.

DATED: March 28, 2022

STEVE KIM
U.S. MAGISTRATE JUDGE